UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

LES KEPLEY, ET AL.                                                         PLAINTIFFS

v.                              CIVIL ACTION NO. 3:10-CV-00695-CRS

GERALD L. LANZ                                                DEFENDANT

## ORDER

In accordance with the Memorandum Opinion entered herein this date, it is hereby

**ORDERED** that:

1) the motion for reconsideration (DN 45) filed by Plaintiffs Bruce and Les Kepley is **GRANTED**;

2) the Memorandum Opinion (DN 43) granting Defendant Gerald L. Lanz's ("Defendant") Motion to Dismiss is **VACATED**;

3) the motion to dismiss (DN 10) filed by Defendant is **DENIED**.

**IT IS SO ORDERED**.

Charles R. Simpson III, Senior Judge
United States District Court

May 30, 2014